FILED
August 31, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002894261

3

BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
1007 7th Street, Suite 200
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Ryan Lucksinger

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

PAUL A. LANDUCCI and
JOYCE E. McROBERTS,

    Debtors.

CASE NO. 09-39759-C-7

D.C. NO. BHS-2

MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY

DATE: September 28, 2010
TIME: 9:30 a.m.
DEPT: C; COURTROOM 35
Hon. Christopher M. Klein

    Ryan Lucksinger, duly appointed Chapter 7 Trustee (hereafter the "Trustee") in the above-captioned matter, through his counsel, Barry H. Spitzer, moves this Court for authority to sell the estate's 25% undivided fractional interest in the real property commonly known as APNs 019-020-004-000 and 019-010-014-000, Napa County, California ("Subject Property") pursuant to the provisions of 11 U.S.C. section 363(b) of the Bankruptcy Code "as-is" and with existing liens and property tax arrears, if any, remaining on the Subject Property. The Subject Property is approximately 320 acres of bare land in Napa County. In support of his Motion, the Trustee states the following:

    1.    That the Debtors filed a Chapter 7 petition on September 15, 2009 and Movant was appointed as the Chapter 7 trustee of the estate of the above-named Debtors that day.

////

1

2. That the Debtors listed the fair market value of the <u>entire</u> Subject Property as $193,297.00. The Trustee is not aware of any liens on the Subject Property, however, there may be property tax arrears on the Subject Property. The Debtors have exempted $17,624.00 of the sale proceeds.

3. The Trustee wishes to sell the estate's interest in the Subject Property "as-is" with existing liens and property tax arrears, if any, to Dominic Odbert for $40,000.00. The Trustee believes it is in the best interest of the estate to sell the estate's interest in the Subject Property to Dominic Odbert for $40,000.00. The estate has received a $4,000.00 deposit from Dominic Odbert, which shall become non-refundable if he is the winning bidder.

4. The Trustee requests that the Court only approve overbids presented at the hearing that meet the following criteria:

(a) Overbidding shall start at $40,500.00, with the buyer paying all closing costs. The overbids shall be in minimum $500.00 increments.

(b) To qualify as a bidder, the bidder must bring to the Court a Cashier's Check or a certified check for $4,500.00. This Cashier's or certified check shall serve as a non-refundable deposit if the overbid is successful.

(c) The successful overbidder must deliver to the Trustee a Cashier's or certified check for the overbid amount within 48 hours of Court approval of the sale.

(d) Escrow to close within thirty (30) days of Court approval.

5. The Trustee seeks authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale.

6. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Ryan Lucksinger respectfully requests he be authorized to sell to Dominic Odbert "as-is" estate's 25% undivided fractional interest in the real property commonly known as APNs 019-020-004-000 and 019-010-014-000, Napa County,

California, with existing liens and property tax arrears, if any, remaining on the Subject Property, pursuant to the provisions of section 363(b) of the Bankruptcy Code; and authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

Respectfully submitted,

DATED: August 31, 2010

LAW OFFICE OF BARRY H. SPITZER

By: /s/ Barry H. Spitzer
BARRY H. SPITZER
Attorneys for Ryan Lucksinger,
Chapter 7 Trustee

## VERIFICATION

I, Ryan Lucksinger, hereby declare:

1. I am the duly appointed Trustee in the above-entitled Estate.

2. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently thereto.

3. I believe it is in the best interest of the estate to sell "as-is" the estate's 25% fractional interest in the Subject Property to Dominic Odbert for a sales price of $40,000.00. The proposed purchase price is the highest value the property will bring the estate. The sale will allow for the orderly liquidation of the estate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on August 31, 2010 at Rocklin, California.

Ryan Lucksinger, Trustee